

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2022

No. 04-22-00622-CV

**IN RE** Marissa **PETERSON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
                Irene Rios, Justice
                Liza A. Rodriguez, Justice

After consideration, we **GRANT** real party in interest's unopposed second motion for extension of time to file a response to the petition for writ of mandamus. Real party in interest's response is **due on or before December 22, 2022.** Additional requests for extension of time are disfavored absent extenuating circumstances.

It is so **ORDERED** on December 12, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2017-CI-19610, styled *Marissa Peterson v. HEB Grocery Co., LP.*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Cynthia Marie Chapa presiding.